1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL ACOSTA-LOPEZ,<br><br>Defendant. | CASE NO. 18cr5343-LAB<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR RECONSIDERATION AND STAYING THE COURT'S ORDER ISSUED SEPTEMBER 16, 2021 GRANTING DEFENDANT'S MOTION FOR TEMPORARY RELEASE [DKT. 50]** |
|---|---|

On September 16, 2021, this Court issued an order granting defendant's motion for a temporary, 48-hour release from custody so he could visit his father who is near death. The motion was served on the United States, but the Government didn't have adequate time to respond before the Court granted it. The United States has now filed a motion for reconsideration, pointing out that the Court's hasty action was in derogation of 18 U.S.C. § 3622 and related provisions of the Code of Federal Regulations. Having reviewed the Government's arguments and the authorities cited, the Court agrees that it

- 1 -

acted improvidently and in derogation of governing law. The Court therefore **STAYS** its September 16, 2021 Order temporarily releasing defendant from Bureau of Prison's custody.

The defendant may apply to the Warden of the institution in which he is being held for a temporary furlough pursuant to the statutory and regulatory process set forth in 28 C.F.R. §§ 570.31 - 570.33, and seek dissolution of this Stay if his properly filed request for furlough is denied in violation of law.

**IT IS SO ORDERED**.

Dated: September 18, 2021

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge

CC: Warden, Lompoc USP